HALL GRIFFIN LLP
GEORGE L. HAMPTON IV, State Bar No. 144433
*ghampton@hallgriffin.com*
LAURA J. PETRIE, State Bar No. 182243
*lpetrie@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS; BENSON KANE; ENVER ENERGY, INC.; and ENVER SOLAR, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS;<br>BENSON KANE, an individual and as an officer of SMART SOLAR MARKETING;<br>ENVER ENERGY, INC., a California corporation;<br>ENVER SOLAR, INC., a California corporation,<br><br>            Defendants. | CASE NO. 3:19-CV-0091-DMS-WVG<br><br>**NOTICE OF SETTLEMENT**<br><br>JUDGE:        Hon. Dana M. Sabraw |

1  NOTICE IS HEREBY GIVEN that the above entitled matter has been resolved by
2  settlement between all parties, the terms of which are confidential.
3  A Joint Dismissal will be filed.

5  DATED: June 18, 2019          HALL GRIFFIN LLP

   By: _____
   George L. Hampton IV
   Laura J. Petrie
   Attorneys for SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS; BENSON KANE; ENVER ENERGY, INC.; and ENVER SOLAR, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On June 18, 2019, I served the within document(s) described as:

**NOTICE OF SETTLEMENT**

on each interested party in this action as stated below:

Collette Stark
2175 Cowley Way
San Diego, CA 92110
(619) 347-0726
videosolutions@me.com;
videostark@gmail.com
Plaintiff in Pro Per

**BY MAIL:** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2019, at Santa Ana, California.

*/s/ Sheila Ellis*
Sheila Ellis

Case No. 3:19-CV-0091-DMS-WVG