| | |
|---|---|
| 1 | HALL GRIFFIN LLP |
| 2 | GEORGE L. HAMPTON IV, State Bar No. 144433<br>*ghampton@hallgriffin.com* |
| 3 | LAURA J. PETRIE, State Bar No. 182243<br>*lpetrie@hallgriffin.com* |
| 4 | 1851 East First Street, 10th Floor |
| 5 | Santa Ana, California 92705-4052<br>Telephone: (714) 918-7000 |
| 6 | Facsimile: (714) 918-6996 |
| 7 | |
| 8 | Attorneys for SMART SOLAR<br>MARKETING, a California corporation, |
| 9 | dba ENVER IMPROVEMENTS;<br>BENSON KANE; ENVER ENERGY, |
| 10 | INC.; and ENVER SOLAR, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE STARK, an individual, | CASE NO. 3:19-CV-0091-DMS-WVG |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| vs. | **[FRCP 41(a)]** |
| SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS;<br>BENSON KANE, an individual and as an officer of SMART SOLAR MARKETING;<br>ENVER ENERGY, INC., a California corporation;<br>ENVER SOLAR, INC., a California corporation,<br><br>Defendants. | JUDGE:         Hon. Dana M. Sabraw<br>TRIAL DATE:  None Set |

Case No. 3:19-CV-0091-DMS-WVG

P:\DOCS\Smart Solar Marketing.Stark\Pleadings\Joint Mtn.Dismissal.docx

Plaintiff Collette Stark ("Plaintiff") and Defendants Smart Solar Marketing, a California corporation, dba Enver Improvements; Benson Kane, Enver Energy, Inc.; and Enver Solar, Inc. ("Defendants") submit this Joint Motion for Dismissal.

Pursuant to the signed, confidential written settlement agreement between Plaintiff and Defendants, through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Stark's Complaint is *dismissed with prejudice* in its entirety as to all Defendants. The District Court is jointly moved to enter an order of dismissal with prejudice, each side to pay its own attorney fees and order the Clerk to close the file.

DATED: September 4, 2019          HALL GRIFFIN LLP

By: ____*/s/ George L Hampton IV*____
George L. Hampton IV
Laura J. Petrie
Attorneys for SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS; BENSON KANE; ENVER ENERGY, INC.; and ENVER SOLAR, INC.

DATED: September ___, 2019

By: ____Signature on next page____
Collette Stark
Plaintiff in Pro Per

P:\DOCS\Smart Solar Marketing.Stark\Pleadings\Joint Mtn.Dismissal.docx

1  Plaintiff Collette Stark ("Plaintiff") and Defendants Smart Solar Marketing, a
2  California corporation, dba Enver Improvements; Benson Kane, Enver Energy, Inc.;
3  and Enver Solar, Inc. ("Defendants") submit this Joint Motion for Dismissal.
4  Pursuant to the signed, confidential written settlement agreement between
5  Plaintiff and Defendants, through their respective counsel of record, that pursuant to
6  Federal Rule of Civil Procedure 41(a)(1), Stark's Complaint is ***dismissed with***
7  ***prejudice*** in its entirety as to all Defendants. The District Court is jointly moved to
8  enter an order of dismissal with prejudice, each side to pay its own attorney fees and
9  order the Clerk to close the file.

10 DATED: September ___, 2019     HALL GRIFFIN LLP

                                By: _____
                                George L. Hampton IV
                                Laura J. Petrie
                                Attorneys for SMART SOLAR MARKETING,
                                a California corporation, dba ENVER
                                IMPROVEMENTS; BENSON KANE; ENVER
                                ENERGY, INC.; and ENVER SOLAR, INC.

18 DATED: September _3_, 2019

                                By: _____
                                Collette Stark
                                Plaintiff in Pro Per

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1851 East First Street, 10th Floor, Santa Ana, CA 92705-4052.

On September 4, 2019, I served the within document(s) described as:

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

on each interested party in this action as stated below:

Collette Stark
2175 Cowley Way
San Diego, CA 92110
(619) 347-0726
videosolutions@me.com;
videostark@gmail.com
Plaintiff in Pro Per

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2019, at Santa Ana, California.

*Cynthia Brown*
Cynthia Brown

Case No. 3:19-CV-0091-DMS-WVG

P:\DOCS\Smart Solar Marketing.Stark\Pleadings\Joint Mtn.Dismissal.docx