UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SMART SOLAR MARKETING, a California corporation, dba ENVER IMPROVEMENTS;<br>BENSON KANE, an individual and as an officer of SMART SOLAR MARKETING;<br>ENVER ENERGY, INC., a California corporation;<br>ENVER SOLAR, INC., a California corporation,<br><br>　　　　　Defendants. | CASE NO. 3:19-CV-0091-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

　　　Under Federal Rule of Civil Procedure 41(a)(1), Collette Stark may dismiss her claims by a stipulation of all parties. Fed. R. Civ. P 41(a)(1). Under Rule 41(a)(2), the Court has broad discretion to determine the terms and conditions for dismissal. *Smith v. Lenches,* 263 F.3d 972, 975 (9th Cir. 2001). Because Collette Stark and Smart

Solar Marketing, a California corporation, dba Enver Improvements; Benson Kane, Enver Energy, Inc.; and Enver Solar, Inc. have stipulated to dismiss under Rule 41(a) pursuant to their confidential settlement agreement, the Court grants their joint motion and dismisses Smart Solar Marketing, a California corporation, dba Enver Improvements; Benson Kane, Enver Energy, Inc.; and Enver Solar, Inc. from this action with prejudice.  Each side is to pay their own attorney fees and costs.

  The Clerk of the Court is hereby ordered to close the case file.

**IT IS SO ORDERED.**

Dated:  September 4, 2019

Hon. Dana M. Sabraw
United States District Judge